# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **KEVIN RAMIREZ,** <br><br> *Defendant.* | **CRIMINAL ACTION NO.** <br> **3:25-cr-00019-TES-CHW** |

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE

Before the Court is Defendant Kevin Ramirez's Unopposed Motion to Continue Trial in the Interest of Justice [Doc. 16]. On August 12, 2025, the Grand Jury returned a one-count Indictment [Doc. 1] charging Defendant with the crime of Illegal Reentry in violation of 8 U.S.C. § 1326(a). Defendant pled "not guilty" at his arraignment on December 3, 2025, and was ordered detained pending trial. [Doc. 8]; [Doc. 9].

Defendant seeks a continuance from the Court's initial trial date of February 23, 2026, based on the fact that his counsel received discovery just yesterday, December 10, 2025. [Doc. 16, pp. 1–2]. The government does not oppose a continuance. [*Id.* at p. 2]. Thus, the Court finds that granting Defendant's request serves the ends of justice. *See* 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the ends of justice served by granting the requested continuance outweigh the interests of Defendant and the public in a speedy trial. *See id.* Failure to grant this continuance would deny defense counsel "the reasonable time necessary for effective preparation, taking into account the

exercise of due diligence." *Id.* § 3161(h)(7)(B)(iv).

Accordingly, the Court **GRANTS** Defendant's Unopposed Motion to Continue [Doc. 16]. The Court **CONTINUES** the Pretrial Conference to **February 11, 2026**, and the trial of this matter until **March 23, 2026**. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 11th day of December, 2025.

S/ Tilman E. Self, III_____
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT JUDGE**
